## MOTION DOCKET

**92–2565.   State v. Scudder.**
Franklin App. No. 91AP–506.   On motion to set execution date.   Motion denied.
   Cook, J., would defer ruling on the motion at this time.